# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 04-3953

_____

Patrick Edward Smrz,                           *
                                               *
              Appellant,                       *
                                               *  Appeal from the United States
       v.                                      *  District Court for the
                                               *  District of South Dakota.
Tammy Harper; John Doe; Jane Doe,              *
                                               *      [UNPUBLISHED]
              Appellees.                       *

_____

Submitted:  January 31, 2006
    Filed:  February 8, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

       Idaho prisoner Patrick Edward Smrz appeals the district court's[1] dismissal of his civil complaint for failure to state a claim.  After de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we conclude dismissal was proper.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Lawrence Piersol, Chief Judge, United States District Court for the District of South Dakota.